

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00062-CV

———————————————

SKY LEASING & RENTAL, LLC D/B/A NAZCARZ, AND GEORGES FAOUD BECHARA, Appellants

V.

AUTOMOTIVE FINANCE CORPORATION, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-322505-20

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 1, 2021